UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

**Chambers of Judge Wendy Beetlestone**
**3809 U.S. Courthouse**
**601 Market Street**
**Philadelphia, Pennsylvania 19106**

February 2, 2017

Rebecca Ann Solarz, Esquire
KML Law Group, PC
701 Market Street, Suite 5000
Philadelphia, PA 19106

RE:   Civil Action No. 16-5819 *United States of America v. Michael J. Callands*

Dear Ms. Solarz:

    A review of the Court's records show that service of the Complaint has not been made in the above-captioned action with respect to defendant, Michael J. Callands.

    In order to eliminate a delay in bringing this case to trial, service must be made in accordance with Rule 4(m) of the Federal Rules of Civil Procedure by **February 16, 2017**. Proof of service must be filed with the Clerk of Court within five days of service. If service is not made within the time set forth above, the Court will dismiss the Complaint without prejudice for lack of prosecution.

    Very truly yours,

    /s/ A. Wilson
    A. M. Wilson
    Civil Deputy Clerk to the
    Honorable Wendy Beetlestone

cc:   all counsel of record