# UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA; et seq.<br>**Plaintiff (Petitioner)**<br><br>V.<br><br>MICHAEL J. CALLANDS; et al.<br>**Defendant (Respondent)** | CASE and/or DOCKET No.: 16-05819<br><br>Sheriff's Sale Date: _____ |

**AFFIDAVIT OF SERVICE**

**TYPE OF PROCESS:** Summons and Complaint

I, ERIC AFFLERBACH, certify that I am eighteen years of age or older and that I am not a party to the action nor an employee nor relative of a party, and that I served MICHAEL J. CALLANDS the above process on the 21 day of February, 2017, at 2:00 o'clock, PM, at 7701 Orchard Way Glenside, PA 19038, County of Montgomery, Commonwealth of Pennsylvania:

**Manner of Service:**

☑ By posting a copy of the original process on the most public part of the property pursuant to an order of court

Service was attempted on the following dates/times:

1) _____   2) _____   3) _____

Commonwealth/State of _Pa_ )
                            ) SS:
County of _Berks_           )

Before me, the undersigned notary public, this day, personally, appeared _Eric Afflerbach_ to me known, who being duly sworn according to law, deposes the following:

I hereby swear or affirm that the facts set forth in the foregoing Affidavit of Service are true and correct.

_____
(Signature of Affiant)

Subscribed and sworn to before me
this _21_ day of _Feb_, 20_17_.

_____
Notary Public

NOTARIAL SEAL
Teresa Minzola, Notary Public
Washington Township, Berks County
My Commission Expires December 05, 2017

File Number: USA-158203
Case ID #: 4817387

PCO / Brittni A.

| USPS Manifest Mailing System | | | | | | | Page 1 |
|---|---|---|---|---|---|---|---|
| Mailer's Name & Address<br>KML Law Group<br>701 Market Street<br>Suite 5000<br>Philadelphia, PA 19106 | | Permit Number<br>123 | | | MAC Ver. Number<br>ConnectShip Progistics 6.5 | | |
| | | Sequence Number<br>5875-1 | | | Class of Mail<br>Mixed | | |
| Article #/<br>Piece ID | Addressee Name<br>Delivery Address | ES<br>Type | Postage | ES<br>Fee | Insurance<br>Amount | Due/<br>Sender | Total<br>Charge |
| 9171999991703800670748<br>9171999991703800670748 | CALLANDS, MICHAEL J.<br>7701 Orchard Way<br>Glenside, PA 19038 | ERR<br>C | 0.925 | 1.40<br>3.45 | | | 5.78 |
| 9171999991703800761279<br>9171999991703800761279 | CALLANDS, MICHAEL J.<br>8234 Michener Avenue<br>Philadelphia, PA 19150 | ERR<br>C | 0.925 | 1.40<br>3.45 | | | 5.78 |
| Page Totals<br>Cumulative Totals | 2<br>2 | | 1.85<br>1.85 | 9.70<br>9.70 | | | 11.55<br>11.55 |

[Round stamp: USPS CONTINENTAL STATION FEB 16 2017 PHILA, PA 19106]

USPS CERTIFICATION

Total Number Of Pieces Received _____

_____  Round Stamp _____
Signature of Receiving Employee

PS Form 3877 (Facsimile)

Extra Service Codes:
C     Certified
ERR   Return Receipt

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | RR Fee | | | | |
| | | | | | | | | | RD Fee | | | | |
| | | | | | | | | | SH Fee | | | | |
| | | | | | | | | | SC Fee | | | | |
| | | | | | | | | | DC Fee | | | | |

**Name and Address of Sender**
KML LAW GROUP, P.C.
SUITE 5000
701 MARKET STREET
PHILADELPHIA, PA
19106-1532

Check type of mail or service:
☐ Certified   ☐ Recorded Delivery (International)
☐ COD         ☐ Registered
☐ Delivery Confirmation  ☐ Return Receipt for Merchandise
☐ Express Mail  ☐ Signature Confirmation
☐ Insured

Affix Stamp Here (if issued as a certificate of mailing, or for additional copies of this bill) Postmark and Date of Receipt

U.S. POSTAGE >> PITNEY BOWES
ZIP 19106  $ 002.70⁰
02 1W
0001391829 FEB. 16. 2017

U.S.P.S. CONTINENTAL STATION
FEB 16 2017
PHILA, PA 19106

| # | Article Number | Addressee (Name, Street, City, State, & ZIP Code) | Postage | Fee | Handling Charge | Actual Value if Registered | Insured Value | Due Sender if COD |
|---|---|---|---|---|---|---|---|---|
| 1. | | | | | | | | |
| 2. | | | | | | | | |
| 3. | | | | | | | | |
| 4. | | TO  MICHAEL CALLANDS<br>CALLANDS, MICHAEL J.<br>7701 Orchard Way<br>Glenside, PA 19038 | | | | | | |
| 5. | | | | | | | | |
| 6. | | | | | | | | |
| 7. | | TO  MICHAEL CALLANDS<br>CALLANDS, MICHAEL J.<br>8234 Michener Avenue<br>Philadelphia, PA 19150 – 1704 | | | | | | |
| 8. | | | | | | | | |

Total Number of Pieces Listed by Sender | Total Number of Pieces Received at Post Office | Postmaster, Per (Name of receiving employee) | See Privacy Act Statement on Reverse

Complete by Typewriter, Ink, or Ball Point Pen

PS Form **3877**, February 2002 (Page 1 of 2)   Sale Date:

USA-158203   Montgomery County

MICHAEL J. CALLANDS

RCO - Back to Brittni Augustin