UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

---

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　　　　　Plaintiff<br><br>v.<br><br>MICHAEL J. CALLANDS,<br>　　　　　　　　　Defendant | No. 16-05819 |

### DEFAULT JUDGMENT

AND NOW, this  20th  day of  March , 2017, it appearing by Affidavit of Plaintiff, United States of America, on behalf of its Agency, the Department of Education, by its specially appointed counsel, KML Law Group, P.C., by Rebecca A. Solarz, Esquire, that the Complaint in the above-captioned action was filed in the Court on Monday, November 14, 2016 and, after due service of process on Defendant, MICHAEL J. CALLANDS, according to law, no appearance, answer or other defense has been served or filed by or on behalf of Defendant,

JUDGMENT IS ENTERED in favor of the Plaintiff, United States of America, on behalf of its Agency, the Department of Education, and against Defendant, MICHAEL J. CALLANDS, in the amount of $20,293.18.  Judgment is to accrue interest at the current legal rate, compounded annually until paid in full.

Date:　March 20, 2017

　　　　　　　　　　　　　　　　　　　　　Clerk, United States District Court
　　　　　　　　　　　　　　　　　　　　　EasternDistrict of Pennsylvania

　　　　　　　　　　　　　　　By:　　　s/ Terry Milano
　　　　　　　　　　　　　　　　　　　Deputy Clerk